IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| GAIL DOWNING, | ) | |
| | ) | |
|     Plaintiff, | ) | No. 3:22-cv-00447 |
| | ) | |
| v. | ) | |
| | ) | Judge Campbell |
| AstraZeneca Pharmaceuticals, LP, | ) | Magistrate Judge Holmes |
| | ) | |
|     Defendant. | ) | |

**ITEMIZATION OF DISBURSEMENTS IN SUPPORT OF REVISED BILL OF COSTS**

**Fees for Printed or Electronically Recorded Transcripts and Other Costs[1]:**

| Invoice | Amount |
|---|---|
| 09/01/2023 Beres & Associates Invoice for 08/23/2023 deposition of Danny Brice Roberts | $511.20 |
| 09/01/2023 Beres & Associates Invoice for 08/25/2023 deposition of Joshua Davis | $358.60 |
| 10/11/2023 Beres & Associates Invoice for 10/04/2023 depositions of Kim Barrow and Mike Pomponi | $1,269.20 |
| 10/16/2023 Beres & Associates Invoice for 10/06/2023 deposition of Emily Bauguss | $309.10 |
| **Total** | **$2,448.10** |

Respectfully submitted,

*/s/ Jennifer S. Rusie*
Jennifer S. Rusie, TN #026009
Jackson Lewis P.C.
611 Commerce Street, Suite 2803
Nashville, TN 37203
Telephone: 615-565-1664
Email: jennifer.rusie@jacksonlewis.com

*Attorney for Defendant AstraZeneca Pharmaceuticals, LP*

---

[1] Documentation for the requested fees for Printed or Electronically Recorded Transcripts and Other Costs are attached hereto as Exhibit A.

**CERTIFICATE OF SERVICE**

       I hereby certify that on this the 29th day of December, 2025, the foregoing was served via the Court's ECF system upon the following:

Rebecca W. Demaree
Peter C. Robison
CORNELIUS & COLLINS, LLP
211 Athens Way, Suite 200
Nashville, TN 37228
rwdemaree@cclawtn.com
pcrobison@cclawtn.com

*Attorneys for Plaintiff*

                                     /s/ *Jennifer S. Rusie*
                                      Jennifer S. Rusie

4907-3896-5637, v. 1

# EXHIBIT A



Beres & Associates Court Reporters, LLC

P.O. Box 190461
Nashville, TN 37219-0461
+16157422550
info@beresandassociates.com
www.beresandassociates.com

# INVOICE

| BILL TO | | INVOICE | 5805 |
|---|---|---|---|
| Jennifer Rusie | | DATE | 09/01/2023 |

Jennifer Rusie
Attorney at Law
611 Commerce Street
Suite 2803
Nashville, TN 37203

| DESCRIPTION | AMOUNT |
|---|---|
| GAIL DOWNING vs. ASTRAZENECA PHARMACEUTICALS LP - 8/23/23 DEPOSITION OF DANNY BRICE ROBERTS | |
| Copy of Transcript (131 x 3.50) | 458.50 |
| Exhibits (9 x 0.30) | 2.70 |
| Electronic Bundle, PDF, Exhibit Syncing (1 x 55) | 50.00 |

| | | |
|---|---|---|
| Please visit beresandassociates.com/payments/ to pay this invoice. | PAYMENT | 511.20 |
| Tax ID: 84-4383177 | BALANCE DUE | **$0.00** |
| | | **PAID** |

Thank you for your business!

Page 1 of 1



**Beres & Associates Court Reporters, LLC**

P.O. Box 190461
Nashville, TN 37219-0461
+16157422550
info@beresandassociates.com
www.beresandassociates.com

# INVOICE

| BILL TO | | |
|---|---|---|
| Jennifer Rusie | INVOICE | 5807 |
| Attorney at Law | DATE | 09/01/2023 |
| 611 Commerce Street | | |
| Suite 2803 | | |
| Nashville, TN 37203 | | |

| DESCRIPTION | AMOUNT |
|---|---|
| GAIL DOWNING vs. ASTRAZENECA PHARMACEUTICALS LP - 8/25/23 DEPOSITION OF JOSHUA DAVIS | |
| Copy of Transcript (85 x 3.50) | 297.50 |
| Exhibits (37 x 0.30) | 11.10 |
| Electronic Bundle, PDF, Exhibit Syncing (1 x 50) | 50.00 |

Please visit beresandassociates.com/payments/
to pay this invoice.

Tax ID: 84-4383177

| | |
|---|---|
| PAYMENT | 358.60 |
| BALANCE DUE | **$0.00** |
| | **PAID** |

Thank you for your business!

Page 1 of 1



**Beres & Associates Court Reporters, LLC**

P.O. Box 190461
Nashville, TN 37219-0461
+16157422550
info@beresandassociates.com
www.beresandassociates.com

# INVOICE

BILL TO
Jennifer Rusie
Attorney at Law
611 Commerce Street
Suite 2803
Nashville, TN 37203

INVOICE 6069
DATE 10/11/2023

| DESCRIPTION | AMOUNT |
| --- | --- |
| DOWNING vs. ASTRAZENECA PHARMACEUTICALS LP - 10/4/23 DEPOSITIONS OF KIM BARROW and MIKE POMPONI | 0.00 |
| Copy of Transcript Expedited - Kim Barrow (105 x 6.25) | 656.25 |
| Copy of Transcript Expedited - Mike Pomponi (94 x 6.25) | 587.50 |
| Exhibits (84 x 0.30) | 25.20 |
| Rough Draft of Transcripts (199 x 2.50) | 497.50 |
| Electronic Bundle, PDF, Exhibit Syncing (1 x 50) | 50.00 |

Please visit beresandassociates.com/payments/ to pay this invoice.

PAYMENT 1,816.45

Tax ID: 84-4383177

BALANCE DUE **$0.00**

**PAID**

Pay invoice

Thank you for your business!

Page 1 of 1



**Beres & Associates Court Reporters, LLC**

P.O. Box 190461
Nashville, TN 37219-0461
+16157422550
info@beresandassociates.com
www.beresandassociates.com

# INVOICE

| BILL TO | | |
|---|---|---|
| Jennifer Rusie | INVOICE | 6107 |
| Attorney at Law | DATE | 10/16/2023 |
| 611 Commerce Street | | |
| Suite 2803 | | |
| Nashville, TN 37203 | | |

| DESCRIPTION | AMOUNT |
|---|---|
| GAIL DOWNING vs. ASTRAZENCA PHARMACEUTICALS LP - 10/6/23 DEPOSITION OF EMILY BAUGUSS | |
| Copy of Transcript (73 x 3.50) | 255.50 |
| Exhibits (12 x 0.30) | 3.60 |
| Electronic Bundle, PDF, Exhibit Syncing (1 x 50) | 50.00 |

Please visit beresandassociates.com/payments/
to pay this invoice.

Tax ID: 84-4383177

| | |
|---|---|
| PAYMENT | 309.10 |
| BALANCE DUE | **$0.00** |
| | **PAID** |

Thank you for your business!

Page 1 of 1