# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| GAIL DOWNING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:22-cv-00447 |
| | ) | |
| ASTRAZENECA PHARMACEUTICALS LP, | ) ) | Chief Judge William L. Campbell, Jr. Magistrate Judge Barbara D. Holmes |
| | ) | |
| Defendant. | ) | |

## TAXATION OF COSTS

Pending is Defendant's Revised Bill of Costs. (Doc. No. 63). Plaintiff has not responded or otherwise objected to the Revised Bill of Costs. To award costs, even if unopposed, the Clerk must determine whether the expenses sought are allowable under 28 U.S.C. §1821, 28 U.S.C. § 1920, or other applicable authority, and that the amounts are reasonable and necessary. *See Banks v. Bosch Rexroth Corp.,* 611 F. App'x 858, 860 (6th Cir. 2015). Defendant's request does not include a request for costs under 28 U.S.C. §1821. Therefore, the Clerk's analysis is limited to the costs allowable under 28 U.S.C. § 1920. For the following reasons and pursuant to Local Rule 54.01 Plaintiff's request for costs is **GRANTED** in part and **DENIED** in part.

Section 1920 authorizes an award of the following costs:

1. Fees of the clerk and marshal;
2. Fees for printed or electronically recorded transcripts necessarily obtained for use in the case;
3. Fees and disbursements for printing and witnesses;
4. Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case;
5. Docket fees under section 1923 of this title; and

1

6. Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title.

28 U.S.C. § 1920.

Defendant seeks recovery of $2,448.10. This sum is comprised entirely of deposition transcript costs. Upon review, the Clerk finds that this amount should be reduced by $547.25, which is the additional $2.75 per page charged for expedited transcripts. The Court's Bill of Cost Guidelines makes clear that "[t]he additional cost for expedited transcripts is not recoverable without a supporting declaration from counsel explaining why an expedited transcript was necessary." Defendant did not provide the required explanation regarding the need for the expedited transcripts for Kim Barrow and Mike Pomponi. (Doc. No. 63-1, p. 6). As a result, in lieu of rejecting the entire invoice, the Clerk reduced the per page charge from $6.25 per page to $3.50 per page, which is in line with per page rate charged by Beres & Associates for the other non-expedited transcripts. *See* (Doc. No. 63-1, pp. 4, 5, and 7). As a result, the Clerk finds that $1,900.85 of the requested amount is reasonable and is hereby taxed as costs.

Any motion seeking court review of the Clerk's taxation must be filed within seven (7) days from the date of the filing of the Taxation of Costs by the Clerk. L.R. 54.01(a).

s/ Lynda M. Hill
Lynda M. Hill
Clerk of Court

2

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

GAIL DOWNING )
)
)
v. ) Case No.: 3:22cv447
)
ASTRAZENECA PHARMACEUTICALS LP )
)

## REVISED
## BILL OF COSTS

Judgment having been entered in the above entitled action on ___08/07/2024___ against ___Plaintiff___ ,
_Date_

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 2,448.10 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses _(itemize on page two)_ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs _(please itemize)_ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL | $ 2,448.10 |

_SPECIAL NOTE:_ Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: ___s/Jennifer S. Rusie___

Name of Attorney: ___Jennifer S. Rusie___

For: ___Defendant AstraZeneca Pharmaceuticals LP___ Date: ___12/29/2025___
_Name of Claiming Party_

## Taxation of Costs

Costs are taxed in the amount of ___$1,900.85___ and included in the judgment.

_Lynda M. Hill_
_Clerk of Court_ By: _____ 03/25/2026
_Deputy Clerk_ _Date_